GEORGE L. BARNETT *vs.* WILLIAM H. LYNCH and ALFRED LYNCH.

Sussex County, April Term, 1893.

**Judgment.**—A joint judgment entered upon a joint warrant of attorney will be set aside and vacated where it has been decreed by the Court of Chancery to be null and void as to one of the defendants, upon the ground that the note upon which it was confessed was a forgery as to said defendant.

APPLICATION TO SET ASIDE AND VACATE a JUDGMENT.—
The petition represented that George L. Barnett had, on February
24, 1890, procured judgment by confession against William H.
Lynch and Alfred Lynch for $3,152.00 ; that on March 14, 1892,
the Court of Chancery, upon proper proceedings, had decreed the
judgment to be null and void as to Alfred Lynch upon the
ground that the note upon which it was recovered was a forgery
as to Alfred Lynch, exonerating the said George L. Barnett from
any charge of forgery; that the said judgment was a joint judg-
ment. The facts contained in the petition was admited.

*Judgment vacated and set aside.*